# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-2813

_____

Charles Pointer,                *
                                      *

        Appellant,       *

                                        *   Appeal from the United States

    v.                        *   District Court for the Eastern

                                          *   District of Missouri.

St. Louis Board of Education,   *

St. Louis, MO.,            *       [UNPUBLISHED]

                                        *

        Appellee.       *

_____

Submitted: December 4, 2002
Filed: December 11, 2002

_____

Before WOLLMAN, MORRIS SHEPPARD ARNOLD, and MELLOY, Circuit
Judges.

_____

PER CURIAM.

Charles Pointer appeals the district court's[1] adverse grant of summary judgment on his retaliation claim against defendant St. Louis Board of Education. Having carefully reviewed the record de novo, we conclude the district court properly granted summary judgment, because Pointer was unable to adduce any proof that the

_____

[1]The Honorable Terry I. Adelman, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

defendant's decision not to rehire him was causally connected to a charge of discrimination he allegedly filed with the Equal Employment Opportunities Commission in 1984.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.